IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02321-RPM

KENNETH G. ROHRBACH,
KAREN L. ROHRBACH,
PAUL K. ROHRBACH, and
COMPOST EXPRESS, INC.,

      Plaintiffs,
v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY,

      Defendant.

_____

ORDER DENYING PLAINTIFFS' MOTION TO WAIVE DEFENDANT'S RIGHT TO
RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND
ORDER FOR STAY PENDING RULINGS IN RELATED ACTION
_____

      On October 7, 2011, the plaintiffs filed a motion for summary judgment on liability.  (Doc. 3).  The defendant did not respond to that motion, as noted by the plaintiffs' notice, filed November 22, 2011.  (Doc. 9).  On November 22, 2011, the defendant filed a motion to suspend briefing on plaintiffs' motion for summary judgment on liability only, because of the pending motions for class certification and for consolidation in <u>Onyx Properties, et al. v. Elbert County Board of County Commissioners,</u> 1:10-cv-01482-LTB-KLM.  (Doc. 10).  The plaintiff filed a response to the motion to suspend also on November 22, 2011.  (Doc. 11).

      The question presented in the plaintiffs motion for summary judgment on liability is whether the enforcement of a zoning regulation in the absence of an Official Zoning Map constitutes a violation of the procedural due process protections of the Fourteenth

Amendment.  That question is also presented in the related litigation.  As noted in this Court's order of October 28, 2011, denying defendant's motion to dismiss, judicial economy and avoidance of inconsistent results warrants a stay of this action in deference to the <u>Onyx</u> case and a stay was ordered until November 15, 2011, assuming that a motion to consolidate would be filed in the <u>Onyx</u> case by the plaintiffs in this case.  That motion has now been filed.

Given this state of the proceedings, it is now

ORDERED that further proceedings in this civil action, including the defendant's response to the motion for summary judgment as to liability only are stayed until a ruling on the plaintiffs' motion to consolidate this action with the <u>Onyx</u> action.

DATED:   November 23rd, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge